AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Received
U.S. Marshals Service
2024 MAY 15 AM 9:13
N/OK

United States of America
v.
Matthew Allen

*Defendant*

)
)
)
)
)
)
)

Case: 1:24-mj-00170
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 5/13/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Allen ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date: 05/13/2024

*Issuing officer's signature*

City and state: Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 05/13/2024, and the person was arrested on *(date)* 05/15/2024
at *(city and state)* Tulsa, OK.

Date: 05/15/2024

*Arresting officer's signature*

Jeffrey Gardner, Special Agent
*Printed name and title*